UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED R. SOSA,<br><br>            Petitioner,<br><br>    v.<br><br>WARDEN OF CORCORAN STATE PRISON,<br><br>            Respondent. | Case No.   1:21-cv-01094-HBK<br><br>ORDER DIRECTING RESPONDENT TO RESPOND TO PETITIONER'S MOTION TO STAY<br><br>TWENTY-ONE DAY DEADLINE<br><br>(Doc. No. 8) |

Petitioner Alfred R. Sosa, a state prisoner proceeding *pro se*, initiated this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2254 on July 3, 2021. (Doc. No. 5). The case was transferred to this District from the Northern District of California on July 15, 2021. (Doc. No. 14). Along with his petition, Petitioner moved for a stay and abeyance of the case so that he may exhaust his state court remedies. (Doc. No. 8). The Court will afford Respondent an opportunity to respond, prior to ruling on Petitioner's motion to stay.

Accordingly, it is **ORDERED**:

1. The Clerk of Court is directed to serve this order on the state attorney general or the state attorney general's representative.

2. Within **twenty-one (21) days** of the date of this order, Respondent shall file a response to Petitioner's motion to stay (Doc. No. 8).

Dated:   July 16, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE