UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED R. SOSA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF CORCORAN STATE PRISON,<br><br>　　　　　Respondent. | Case No.   1:21-cv-01094-ADA-HBK (HC)<br><br>ORDER<br><br>THIRTY DAY DEADLINE |

　　　On November 22, 2022 the Court issued findings and recommendations to deny Petitioner's motion to stay and dismiss his Petition.  (Doc. No. 23).  On December 2, 2022, the findings and recommendations served on Petitioner were returned by the U.S. Postal Service as "undeliverable deceased." (*See* docket).  If Petitioner is deceased, the Court must dismiss this action. *See Burbine v. Scribner*, 445 F. App'x 923 (9th Cir. 2011) (death of petitioner moots habeas appeal).  Accordingly, it is **ORDERED**:

　　　The Office of the Attorney General shall determine whether Petitioner is, in fact, deceased.  If so, within **thirty (30) days** from the date of this order, an attorney from that office shall file a notice of death.

Dated:   December 7, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE