UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED R. SOSA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF CORCORAN STATE PRISON,<br><br>Respondent. | Case No.   1:21-cv-01094-ADA-HBK (HC)<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION<br><br>FOURTEEN-DAY OBJECTION PERIOD |

On December 7, 2022, the Court directed the Office of the Attorney General to determine whether Petitioner was deceased after the undersigned's findings and recommendations to dismiss his Petition were returned by the U.S. Postal Service as "undeliverable deceased." (Doc. No. 24). The Office of the Attorney General filed a notice advising that Petitioner died on December 23, 2021. (Doc. No. 25). Based upon the Notice, the undersigned recommends this action be dismissed. *See Garceau v. Woodford*, 399 F.3d 1101 (9th Cir. 2005) (finding death of Petitioner mooted habeas appeal); *see also Spencer v. Kemna*, 523 U.S. 1, 7 (1998) (holding that when a habeas petitioner is no longer incarcerated, the habeas petition is moot absent "collateral consequences").

Accordingly, it is **RECOMMENDED** that this action be dismissed as having been rendered moot by Petitioner's death.

////

### NOTICE TO PARTIES

These findings and recommendations will be submitted to the United States district judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen (14) days after being served with these findings and recommendations, a party may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

Dated:   January 25, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE