UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED R. SOSA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF CORCORAN STATE PRISON,<br><br>　　　　　Respondent. | No.  1:21-cv-01094-ADA-HBK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF Nos. 5, 26) |

　　　　Petitioner Alfred R. Sosa ("Petitioner"), a federal prisoner proceeding *pro se*, has a pending petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. (ECF No. 5.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 26, 2023, the assigned Magistrate Judge issued findings and recommendations recommending that the pending petition be dismissed because it has been rendered moot by Petitioner's death. (ECF No. 26.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.*) As of the date of this order, no objections have been filed, and the deadline for doing so has passed.

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Thus, having carefully reviewed the entire file, the Court holds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 26, 2023, (ECF No. 26), are adopted in full;
2. The petition for writ of habeas corpus, (ECF No. 5), is dismissed; and
3. The Clerk of Court is directed to terminate any pending motions/deadlines and CLOSE the case.

IT IS SO ORDERED.

Dated:   March 10, 2023

UNITED STATES DISTRICT JUDGE